**Peter C. Kaiteris, Esq.**
Attorney at Law
427 West Main Street, Suite 1
Patchogue, New York 11772
(631) 419-6919
Fax: (631) 419-6920
Pete@kaiterislaw.com

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ JUN 20 2013 ★

LONG ISLAND OFFICE

June 14, 2013

<u>By Facsimile & Mail</u>

JUDGE JOSEPH F. BIANCO
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

  Re: Lin v. Fischer, et al
    <u>Docket No.: 5603/2012</u>

Dear Judge Bianco:

I am counsel to plaintiff in the above-referenced matter.

Due to issues with locating and serving several of the defendants in the above-referenced matter, it is respectfully requested that same be voluntarily discontinued, without prejudice and pursuant to FRCP 41(a). It is plaintiff's intention to file a second summons and complaint within sixty to ninety days.

If there is any problem with this request or the Court needs any additional information, please feel free to call. I thank the Court for its time and consideration herein and in the event this application is granted, it is respectfully requested that this correspondence be "so ordered."

Respectfully submitted,

*[signature]*

Peter C. Kaiteris (PK 1880)

PCK/ar

*[handwritten order:]* Plaintiff has voluntarily discontinued the action, under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, without prejudice. The Clerk of the Court shall close the case.

s/ Joseph F. Bianco
Joseph F. Bianco
USDJ
Date: June 20, 2013
Central Islip, N.Y.